

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2015

No. 04-15-00398-CV

Caroline **BUSWELL,**
Appellant

v.

**THE GWSPI COMPANY, LLC,** as Successor in Interest to Wilmington Trust, NA, Trustee of
the Jeffrey P. Blanchard 2013 Family Trust,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-06197
Honorable David A. Canales, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's order denying appellant's special appearance. The order is date June 8, 2015. Appellant timely filed his notice of appeal on June 25, 2015. Accordingly, the reporter's record was due ten days later on July 6, 2015 — July 5, 2015, was a Sunday. *See* TEX. R. APP. P. 26.1(b), 35.1(b). The record has not been filed.

We therefo*r*e **ORDER**, the court reporter, Mr. Luis Duran Jr., to file the reporter's record in this court on or before **July 24, 2015.**

We further **order** the clerk of this court to serve copies of this order on Mr. Duran, all counsel, and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2015.

_____
Keith E. Hottle
Clerk of Court